**Venola M. JOHNSON, Plaintiff—Appellant,**

v.

**Louis F. WOODRUFF, Defendant—Appellee.**

No. 06–1123.

United States Court of Appeals,
Fourth Circuit.

Submitted June 22, 2006.

Decided June 28, 2006.

Venola M. Johnson, Appellant Pro Se. Louis F. Woodruff, Appellee Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Venola M. Johnson appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2000) complaint and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders of the district court. *Johnson v.*

*Woodruff,* No. 5:05–cv–00272–BR (E.D.N.C. Apr. 29 & July 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*